**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| LYNNE MILLICAN, *Individually and as survivor and next of kin to Matthew Bellamy,* | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No.  3:22-cv-807 |
| | ) | Judge Trauger |
| CORECIVIC, INC., ET AL., | ) ) | |
| Defendants. | ) | |

**O R D E R**

The Joint Motion to Withdraw (Doc. No. 47) is GRANTED.  All three movant attorneys are hereby withdrawn from representing the plaintiff in this case.

The plaintiff shall have thirty (30) days from the entry of this Order within which to either have new counsel enter an appearance on her behalf or file a notice with the court, informing the court that she intends to represent herself going forward.

The Clerk shall mail a copy of this Order to the plaintiff by regular mail and by email at the addresses furnished.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge