IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LYNNE MILLICAN, individually and as survivor and next of kin to MATTHEW BELLAMY, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| CORECIVIC, INC. *et al.*, | ) ) ) |
| Defendants. | ) |

Case No. 3:22-cv-00807
Judge Aleta A. Trauger

## ORDER

For the reasons set forth in the accompanying Memorandum, the defendants' Motion to Dismiss (Doc. No. 52) is **GRANTED**, and this case is **DISMISSED WITHOUT PREJUDICE** under Rule 41(b) of the Federal Rules of Civil Procedure and Local Rule 41.01(a), for failure to prosecute.

The Clerk shall **TERMINATE** this case from the court's active docket.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
United States District Judge